IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                        PLAINTIFF

v.                          No. 3:15-cv-96-DPM-JJV

JOEY MARTIN, Jail Administrator, Poinsett
County Detention Center; and KIM MUSE,
Secretary, Poinsett County Detention Center                    DEFENDANTS

ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The motion for discovery, № 6, and the motion for a speedy trial, № 7, are denied as moot. The dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 June 2015