# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                    PLAINTIFF

v.                                  No. 3:15-cv-96-DPM

JOEY MARTIN, Jail Administrator, Poinsett
County Detention Center; and KIM MUSE,
Secretary, Poinsett County Detention Center        DEFENDANTS

## JUDGMENT

Addison's complaint is dismissed without prejudice.  This dismissal

counts as a "strike" for purposes of 28 U.S.C. § 1915(g).


_____
D.P. Marshall Jr.
United States District Judge

12 June 2015